AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas
Houston Division

| | |
|---|---|
| A.R. <br> *Plaintiff(s)* <br> v. <br> BRAZOS COUNTY, TEXAS <br> *Defendant(s)* | Civil Action No. **4:23cv1167** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   **Brazos County, Texas**
**By serving Honorable County Judge Duane Peters**
**200 S. Texas Ave., Suite 332**
**Bryan, TX 77803**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**T. Dean Malone**
**Law Offices of Dean Malone, P.C.**
**900 Jackson Street, Suite 730**
**Dallas, Texas 75202**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: March 30, 2023

*s/ Joan Davenport*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.
**4:23cv1167**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Brazos County, Texas By Serving Honorable County Judge Duane Peters__
was received by me on *(date)* __3/30/23__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Honorable County Judge Duane Peters__, who is designated by law to accept service of process on behalf of *(name of organization)* __Brazos County, Texas__
__200 S. Texas Ave, Suite 332, Bryan TX 77803__ on *(date)* __4/3/2023__ ; or @ 2:17 PM

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __4/3/23__

_L C Pell_ PSC 10801 Exp 4/30/24
Server's signature

_Luke Purcell / Authorized Person_
Printed name and title

__1089 Vonice Dr, Bryan TX 77808__
Server's address

Additional information regarding attempted service, etc: