## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **A.R.,** | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:23-cv-01167 |
| **BRAZOS COUNTY, TEXAS** | § § § | |
| Defendant. | § § | |

### ORDER ON DEFENDANT BRAZOS COUNTY'S MOTION TO DISMISS PLAINTIFF'S ORIGINAL COMPLAINT

On this day, the Court considered Defendant BRAZOS COUNTY'S Motion to Dismiss Plaintiff's Original Complaint in the above entitled and numbered cause. After review of the pleadings and the Court file, the Court is of the opinion that said motion should be GRANTED.

IT IS THEREFORE, ORDERED that Plaintiff's claims against BRAZOS COUNTY are dismissed with prejudice.

SIGNED AND ENTERED this the ____ day of _____, 2023.

_____
LEE ROSENTHAL
Chief, United States District Judge