**Dean Malone**

| | |
|---|---|
| **From:** | Diane Brown <dbrown@germer.com> |
| **Sent:** | Wednesday, November 15, 2023 9:43 AM |
| **To:** | Dean Malone; Jennifer Kingaard; Alexandra Payne; Abrielle Perry; Angelika Anderson |
| **Cc:** | Carmen Jo Rejda-Ponce; Tiffany Pham; Alex May |
| **Subject:** | A.R. v. Brazos County, Texas | 110537 | Defendant's Offer of Judgment |
| **Attachments:** | Ragusa-Def's Offer of Judgment.pdf |

Good morning,

Attached is Defendant Brazos County, Texas's Offer of Judgment in connection with the above referenced matter.

Please contact Ms. Rejda-Ponce or Ms. Pham if you have any questions.

Kind regards,



Diane Brown
Legal Secretary
Germer PLLC
2929 Allen Pkwy| Suite 2900 | Houston, TX
77019
T: 832.219.1865 | F: 713.739.7420
dbrown@germer.com

**PRIVILEGED & CONFIDENTIAL COMMUNICATION:** This e-mail and any files transmitted with it is confidential and is intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the Attorney-Client privilege and/or constitute attorney work product. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (409) 654-6700, (713) 650-1313, or (512) 472-0288 or return by e-mail to: postmaster@germer.com. You will be reimbursed for reasonable costs incurred in notifying us.

**EXHIBIT**

**A**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| A.R., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-cv-01167 |
| | § | |
| BRAZOS COUNTY, TEXAS | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT BRAZOS COUNTY, TEXAS'S OFFER OF JUDGMENT

Under Rule 68 of the Federal Rules of Civil Procedure, Defendant BRAZOS COUNTY, TEXAS (the "County") makes the following Offer of Judgment:

This case is not currently set for trial. However, docket call is scheduled for August 2, 2024. The County makes this Offer of Judgment more than fourteen (14) days before the date set for trial. FED. R. CIV. P. 68(a).

The County offers $500,000.00 (Five Hundred Thousand Dollars and Zero Cents) for which judgment may be entered. By making this offer, the County does not admit any civil or criminal liability. Costs accrued to date and Plaintiff's attorney's fees are included as a part of this offer.

This Offer of Judgment is made in exchange for a settlement and release of all claims by Plaintiff against the County, its past, current, and future employees, agents, representatives, and elected or appointed officials, arising from Plaintiff's alleged injuries made the basis of this suit.

This Offer of Judgment will remain open and irrevocable for fourteen (14) days after service. If Plaintiff does not accept within fourteen (14) days after service, this Offer of Judgment is considered to be withdrawn.

1

Respectfully submitted,

By: _____

**Larry J. Simmons – Attorney-in-Charge**
State Bar No. 00789628
Fed. ID No. 18830
ljsimmons@germer.com
**Carmen Jo Rejda-Ponce**
State Bar No. 24079149
Fed. ID No. 1366666
crejdaponce@germer.com
**Tiffany Pham**
State Bar No. 24100495
Fed. ID No. 3309872
tpham@germer.com
**GERMER PLLC**
America Tower
2929 Allen Parkway, Suite 2900
Houston, TX 77019
(713) 650-1313 – Telephone
(713) 739-7420 – Facsimile

**COUNSEL FOR DEFENDANT
BRAZOS COUNTY, TEXAS**

## CERTIFICATE OF SERVICE

I certify that on the 15th day of November, 2023, the foregoing document was electronically filed and served on all counsel of record via the CM/ECF system.

_____
**Carmen Jo Rejda-Ponce**