Virginia Lopez

| | |
|---|---|
| **From:** | Virginia Lopez |
| **Sent:** | Friday, November 17, 2023 4:47 PM |
| **To:** | Larry J. Simmons; crejdaponce@germer.com; tpham@germer.com |
| **Cc:** | Dean Malone; Alexandra Payne; Diane Brown; 'ragusakelleyvbrazoscounty3825alex@deanmalonelawfirm.filevineapp.com' |
| **Subject:** | A.R. v. Brazos County, Texas |
| **Attachments:** | Counsel - Ps acceptance of Ds offer of judgment (with attachments).pdf |

Please see attached documents.

Virginia G. Lopez, Paralegal
Law Offices of Dean Malone, P.C.
Founders Square
900 Jackson Street, Suite 730
Dallas, Texas 75202
(214) 670-9989
(214) 670-9904 Fax
virginia.lopez@deanmalone.com

**EXHIBIT B**

Last changed: Friday, November 17, 2023

 Delivered: A.R. v. Brazos County, Texas
Outlook item

Delivered: A.R. v. Brazos County, Texas
postmaster@germer.com
Sent   Fri 11/17/2023 4:48 PM
To     Virginia Lopez

**Your message has been delivered to the following recipients:**

Diane Brown (dbrown@germer.com)

Subject: A.R. v. Brazos County, Texas

Last changed: Friday, November 17, 2023

 Delivered: A.R. v. Brazos County, Texas
Outlook item

Delivered: A.R. v. Brazos County, Texas
postmaster@germer.com
Sent   Fri 11/17/2023 4:48 PM
To     Virginia Lopez

**Your message has been delivered to the following recipients:**

Larry J. Simmons (ljsimmons@germer.com)

Subject: A.R. v. Brazos County, Texas

Last changed: Friday, November 17, 2023

 Delivered: A.R. v. Brazos County, Texas
Outlook item

Delivered: A.R. v. Brazos County, Texas
postmaster@germer.com
Sent  Fri 11/17/2023 4:48 PM
To    Virginia Lopez

### Your message has been delivered to the following recipients:

crejdaponce@germer.com (crejdaponce@germer.com)

Subject: A.R. v. Brazos County, Texas

Last changed:   Friday, November 17, 2023

 Delivered: A.R. v. Brazos County, Texas
Outlook item

Delivered: A.R. v. Brazos County, Texas
postmaster@germer.com
Sent   Fri 11/17/2023 4:48 PM
To     Virginia Lopez

**Your message has been delivered to the following recipients:**

tpham@germer.com (tpham@germer.com)

Subject: A.R. v. Brazos County, Texas



Founders Square
900 Jackson Street, Suite 730
Dallas, Texas 75202

— LAW OFFICES OF —
**DEAN MALONE**

Telephone:   214.670.9989
Fax:             214.670.9904
www.deanmalonelawfirm.com

November 17, 2023

<u>Via CM/RRR - 92147969009997901649997287</u>
<u>Via Email – ljsimmons@germer.com</u>
<u>Via Email – crejdaponce@germer.com</u>
<u>Via Email – tpham@germer.com</u>

Mr. Larry J. Simmons
Ms. Carmen Rejda-Ponce
Ms. Tiffany Pham
Germer PLLC
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019

RE:   *A.R. v. Brazos County, Texas*; Cause No. 4:23-cv-01167; in the United States District Court for the Southern District of Texas, Houston Division.

Dear Counsel:

Attached is a copy of Plaintiff's Acceptance of Defendant Brazos County, Texas's Offer of Judgment for the above-described case, being filed today with the court through its electronic filing system.

Sincerely,

T. Dean Malone

TDM/vgl
Enclosure
cc:

<u>Via Email – dbrown@germer.com</u>

Ms. Diane Brown
Germer PLLC
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019

Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| A.R., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-01167 |
| | § | |
| BRAZOS COUNTY, TEXAS | § | |
| | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S ACCEPTANCE OF DEFENDANT BRAZOS COUNTY, TEXAS'S OFFER OF JUDGMENT

TO THE HONORABLE DISTRICT COURT:

Defendant Brazos County, Texas made an offer of judgment to Plaintiff, such offer being served on Plaintiff's counsel via email on November 15, 2023. Ex. A. The certificate of service in the offer of judgment indicates that the offer of judgment was electronically filed via the CM/ECF system. This is not true. *Id.* Plaintiff hereby timely accepts the offer of judgment, in accordance with Rule 68, and makes and provides proof of service of this acceptance, through the electronic filing system, to Defendant Brazos County, Texas. Ex. B. Plaintiff asks that the clerk of the court enter judgment against Defendant Brazos County, Texas.

Respectfully submitted:

By: __/s/   T. Dean Malone__
     T. Dean Malone

Attorney in charge:

T. Dean Malone
Texas State Bar No. 24003265
Southern District of Texas Bar No. 37893
dean@deanmalone.com
Law Offices of Dean Malone, P.C.
900 Jackson Street, Suite 730
Dallas, Texas 75202
Telephone:    (214) 670-9989
Telefax:       (214) 670-9904

Of Counsel

Jennifer Kingaard
Texas State Bar No. 24048593
Southern District of Texas Bar No. 589455
jennifer.kingaard@deanmalone.com
Alexandra W. Payne
Texas State Bar No. 24118939
Southern District of Texas Bar No. 3799983
alexandra.payne@deanmalone.com
Law Offices of Dean Malone, P.C.
900 Jackson Street Suite 730
Dallas, Texas 75202
Telephone:    (214) 670-9989
Telefax:       (214) 670-9904

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a notice of electronic filing to the following attorneys:

Larry J. Simmons
Carmen Rejda-Ponce
Tiffany Pham
Germer PLLC
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019

Attorneys for Defendant Brazos County, Texas

/s/ T. Dean Malone
T. Dean Malone

# Dean Malone

| | |
|---|---|
| **From:** | Diane Brown <dbrown@germer.com> |
| **Sent:** | Wednesday, November 15, 2023 9:43 AM |
| **To:** | Dean Malone; Jennifer Kingaard; Alexandra Payne; Abrielle Perry; Angelika Anderson |
| **Cc:** | Carmen Jo Rejda-Ponce; Tiffany Pham; Alex May |
| **Subject:** | A.R. v. Brazos County, Texas | 110537 | Defendant's Offer of Judgment |
| **Attachments:** | Ragusa-Def's Offer of Judgment.pdf |

Good morning,

Attached is Defendant Brazos County, Texas's Offer of Judgment in connection with the above referenced matter.

Please contact Ms. Rejda-Ponce or Ms. Pham if you have any questions.

Kind regards,

**GERMER**

Diane Brown
Legal Secretary
Germer PLLC
2929 Allen Pkwy | Suite 2900 | Houston, TX 77019
T: 832.219.1865 | F: 713.739.7420
dbrown@germer.com

**PRIVILEGED & CONFIDENTIAL COMMUNICATION:** This e-mail and any files transmitted with it is confidential and is intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the Attorney-Client privilege and/or constitute attorney work product. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (409) 654-6700, (713) 650-1313, or (512) 472-0288 or return by e-mail to: postmaster@germer.com. You will be reimbursed for reasonable costs incurred in notifying us.

**EXHIBIT A**

1

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| A.R., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-cv-01167 |
| | § | |
| BRAZOS COUNTY, TEXAS | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT BRAZOS COUNTY, TEXAS'S OFFER OF JUDGMENT

Under Rule 68 of the Federal Rules of Civil Procedure, Defendant **BRAZOS COUNTY, TEXAS** (the "County") makes the following Offer of Judgment:

This case is not currently set for trial. However, docket call is scheduled for August 2, 2024. The County makes this Offer of Judgment more than fourteen (14) days before the date set for trial. FED. R. CIV. P. 68(a).

The County offers $500,000.00 (Five Hundred Thousand Dollars and Zero Cents) for which judgment may be entered. By making this offer, the County does not admit any civil or criminal liability. Costs accrued to date and Plaintiff's attorney's fees are included as a part of this offer.

This Offer of Judgment is made in exchange for a settlement and release of all claims by Plaintiff against the County, its past, current, and future employees, agents, representatives, and elected or appointed officials, arising from Plaintiff's alleged injuries made the basis of this suit.

This Offer of Judgment will remain open and irrevocable for fourteen (14) days after service. If Plaintiff does not accept within fourteen (14) days after service, this Offer of Judgment is considered to be withdrawn.

Respectfully submitted,

By: *[signature]*

**Larry J. Simmons – Attorney-in-Charge**
State Bar No. 00789628
Fed. ID No. 18830
ljsimmons@germer.com
**Carmen Jo Rejda-Ponce**
State Bar No. 24079149
Fed. ID No. 1366666
crejdaponce@germer.com
**Tiffany Pham**
State Bar No. 24100495
Fed. ID No. 3309872
tpham@germer.com
**GERMER PLLC**
America Tower
2929 Allen Parkway, Suite 2900
Houston, TX 77019
(713) 650-1313 – Telephone
(713) 739-7420 – Facsimile

COUNSEL FOR DEFENDANT
BRAZOS COUNTY, TEXAS

## CERTIFICATE OF SERVICE

I certify that on the 15th day of November, 2023, the foregoing document was electronically filed and served on all counsel of record via the CM/ECF system.

*[signature]*

**Carmen Jo Rejda-Ponce**